LAZARUS LEVY, Respondent, *v.* SIMON POPPER, Appellant.

*Levy* v. *Popper*, 106 App. Div. 394, affirmed.
(Argued November 26, 1906; decided December 11, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 22, 1905, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial and granted a new trial in an action to recover a balance alleged to be due to plaintiff for certain stock purchased for defendant's account.

*Charles F. Williams* and *Eustace Conway* for appellant.

*F. Spiegelberg* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: O'BRIEN, J.